DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of C.A., a child.

C.A.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-3002

_____

June 10, 2026

Appeal from the Circuit Court for Manatee County; Gilbert A. Smith, Jr., Judge.

C. Michael Kelly of C. Michael Kelly, P. A., Bradenton, for Appellant.

Meredith K. Hall, Children's Legal Services, Bradenton, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals and Caitlin E. Burke, Senior Attorney, Appellate Division, Tallahassee, for Appellee Statewide Guardian ad Litem Office.

PER CURIAM.

Affirmed.

SILBERMAN, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.